RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2023 OK 15
Decided: 02/21/2023
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2023 OK 15, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

 

RE: Suspension of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the annual renewal requirements for 2023.

Pursuant to 20 O.S., Chapter 20, App. 1, Rules 20(c) and 23(d), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date.

IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective February 21, 2023.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 21ST day of FEBRUARY, 2023.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

_CSR Exhibit A

 
 
 
 Name
 
 
 CSR #
 
 
 Reason
 
 
 
 
 Shana Bay
 
 
 CSR #1659
 
 
 Renewal Fee and Continuing Education
 
 
 
 
 Kayla Carlock
 
 
 CSR #1381
 
 
 Renewal Fee and Continuing Education
 
 
 
 
 Mignon Cruchon
 
 
 CSR #1566
 
 
 Continuing Education
 
 
 
 
 Julia Jackson
 
 
 CSR #2024
 
 
 Renewal Fee and Continuing Education
 
 
 
 
 Carrie Lamontagne
 
 
 CSR #1976
 
 
 Renewal Fee and Continuing Education
 
 
 
 
 Kathleen McClanahan
 
 
 CSR #283
 
 
 Renewal Fee
 
 
 
 
 Kristy Owen
 
 
 CSR #2018
 
 
 Renewal Fee and Continuing Education
 
 
 
 
 Judy Thompson
 
 
 CSR #1674
 
 
 Renewal Fee
 
 
 
 
 Leslie Thompson
 
 
 CSR #1690
 
 
 Renewal Fee and Continuing Education